711 A.2d 469

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Terry DENNIS, Petitioner.**

Supreme Court of Pennsylvania.

June 5, 1998.

Paul S. Goldman for petitioner.

## *ORDER*

PER CURIAM.

AND NOW, this 5th day of June, 1998, the Petition for Allowance of Appeal is granted. The Order of the Superior Court dated September 19, 1997, dismissing the appeal at No. 1204 Philadelphia 1997 is vacated. The matter is remanded to the Superior Court for disposition on the merits. Counsel for Petitioner, Terry Daniels, shall be afforded forty days to file a brief.